IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Roger Herbert Lincoln Jr, <br><br> Plaintiff, <br><br> v. <br><br> Andrew Saul, Commissioner of Social Security, <br><br> Defendant. | NO. C19-5392-MAT <br><br> ORDER ALLOWING WITHDRAWAL OF PLAINTIFF'S ATTORNEY |

This matter coming on regularly before the undersigned upon the motion of plaintiff's counsel for an order allowing withdrawal of representation of the plaintiff in this case and good cause having been shown, it is hereby

Ordered, Adjudged, and Decreed that Charles W. Talbot is hereby allowed to withdraw as counsel for the plaintiff and he shall have no further obligation of representation of the plaintiff in this matter.

Dated this <u>5th</u> day of August 2019 at Seattle, Washington.

s/ Mary Alice Theiler
United States Magistrate Judge

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300